### THE PEOPLE v. EDWARD L. HINE.

Seduction. What evidence necessary under the act of 22d March, 1848, to warrant conviction.

To warrant a conviction for seduction, under that act, there must be evidence to support the testimony of the female, of a promise of marriage, as well as of the seduction.

THE defendant was indicted for seduction, under a statute passed March 22, 1848, which enacts that any man who shall, under promise of marriage, seduce and have illicit connection with any unmarried female of previous chaste character, shall be guilty of a misdemeanor, etc., provided that no conviction shall be had on the testimony of the female seduced, unsupported by other evidence.

The testimony on which this prosecution rested, was that of the female, unsupported, except by other evidence that they kept company together, but there was no evidence to support

her testimony, either as to the promise of marriage, or the seduction.

*Westbrook, and J. Van Buren* (district attorney), for the people.

*H. Hogeboom, and Cooke,* for the defendant.

*The Court* ruled that the corroboration which the statute required was to be in reference to the necessary ingredients to constitute the crime; namely, to the promise of marriage and the seduction; that such corroboration as to matters not necessary to be proved to produce a conviction, would not warrant a conviction, and that the testimony of the female, being unsupported in this case, as to the promise of marriage, or the illicit connection, the defendant was entitled to an acquittal.

Verdict for defendant.